# Court of Appeals
# of the State of Georgia

ATLANTA,  April 26, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1287. EMBERY J. MCBRIDE v. GEORGIA DEPARTMENT OF CORRECTIONS.**

Prison inmate Embery J. McBride filed a civil action against the Georgia Department of Corrections. The trial court granted the Department's motion to dismiss, and McBride filed this direct appeal. We lack jurisdiction.

Because McBride is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq. Under OCGA § 42-12-8, an appeal in a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35." And under OCGA § 5-6-35, the party wishing to appeal must file an application for discretionary appeal. Because a prisoner has no right of direct appeal in civil cases, we lack jurisdiction to consider this direct appeal from the trial court's order. See *Jones v. Townsend*, 267 Ga. 489, 490-491 (480 SE2d 24) (1997).

Although McBride filed an emergency motion seeking an extension of time to file a discretionary application, the motion is untimely as explained in the order denying McBride's essentially identical motion in Case No. A23E0045.

Accordingly, McBride's emergency motion is DENIED, and this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta,  04/26/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.